JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJID ALI,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. 2:23-CV-01745-JFW-AGRx<br><br>(Honorable John F. Walter)<br><br>**ORDER DISMSSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  March 13, 2023 |

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 28, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE